UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-MJ-1029 |
| V. | ) | (SHIRLEY) |
| | ) | |
| HASSAN BEASELY | ) | |

ORDER OF DETENTION PENDING HEARING
IN DISTRICT OF OFFENSE

An initial appearance was held in this case on April 22, 2008, on an Indictment issued in the Southern District of Georgia, Dublin Division. Ed Schmutzer, Assistant United States Attorney, was present representing the government, and Jonathan Moffatt, Assistant Federal Defender, was present representing the defendant.

The Defendant also signed a Waiver of a Detention Hearing at this time but **RESERVED** the right to have a detention hearing in the district of offense when he returns to the Southern District of Georgia, Dublin Division. Accordingly, the defendant is detained at this time pending further proceedings in Georgia. The Court finds that the defendant is not eligible for a preliminary hearing

It is **ORDERED** that a Commitment to Another District be executed and the defendant shall be transferred to the Southern District of Georgia, Dublin Division, by the United States Marshal.

**IT IS SO ORDERED:**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge